# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MIDFIRST BANK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1679-S-BH |
| | § | |
| AVICKA STOKES | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Motion for Default Judgment*, filed October 27, 2022 [ECF No. 9], is **GRANTED**. By separate default judgment against the defendant, the plaintiff will be authorized to foreclose on the real property located at 3031 Allister Street, Dallas, Texas 75229.

**SO ORDERED.**

SIGNED April 12, 2023.

UNITED STATES DISTRICT JUDGE